UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States,

—v—

Oluwatobi Ajibabi,

    Defendant.

18-mj-6610 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial conference in this case scheduled for December 11, 2019 at 2:00 p.m. will take

place in Courtroom 11B at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street

rather than Courtroom 906 at 40 Foley Square.

    SO ORDERED.

Dated: December 10 , 2019
    New York, New York

12/10/19

_____
    ALISON J. NATHAN
    United States District Judge