UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States,

—v—

Oluwatobi John Ajibabi,

Defendant.

19-cr-887 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing in this matter is hereby adjourned to January 8, 2020 at 3:00 p.m.

SO ORDERED.

Dated: January **3** , 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1