**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

JAN 0 6 2020

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 4, 2020

BY ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The sentencing in this matter is hereby adjourned to January 10, 2020 at 1:30 p.m.

Re:   United States v. Ajibabi,
      19 Cr. 887 (AJN)

Dear Judge Nathan:

I write regarding the Court's Order dated January 3, 2020, adjourning sentencing in the above-captioned matter from January 7, 2020, at 10:00 a.m. to January 8, 2020, at 3:00 p.m. See ECF No. 15.

Unfortunately, I will be out of town on the afternoon of January 8, 2020, and respectfully request that the Court schedule sentencing for the afternoon of January 9, 2020. I have spoken with Assistant United States Attorney Kyle Wirshba and understand that the government consents to my request.

Respectfully Submitted,

SO ORDERED: 1/6/20
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

/s/
Andrew J. Dalack
Assistant Federal Defender

Cc (By ECF):   Kyle Wirshba
               Assistant United States Attorney